FLORES ET AL., PETITIONERS AND APPELLEES, *v.* WORKMEN'S RELIEF COMMISSION, DEFENDANT AND APPELLANT.

APPEAL from a Decision of the District Court of Humacao in Certiorari Proceedings.—Motion for Reconsideration.

No. 3256.—Decided November 13, 1924.

APPEAL—WORKMEN'S RELIEF COMMISSION.—From a judgment of a district court on appeal from an order of the Workmen's Relief Commission in the matter of a claim of the heirs of a workman who died as a result of an accident the commission can not appeal to the Supreme Court. In such a case section 9 of the Act governing the matter is applicable.

The facts are stated in the opinion.

*The Attorney General* and *Mr. C. Llauger Díaz* for the appellant.

*Messrs. A. Aponte, Jr.,* and *F. Gallardo* for the appellees.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

The appellant has moved for a reconsideration of our order of July 11, 1924, dismissing the appeal in this case on the authority of *Rodríguez v. Workmen's Relief Commission,* 31 P. R. R. 175.

The appellant contends that the case cited is not appli-

cable, citing·*Rivera* v. *Workmen's Relief Commission,* 29 P.
R. R. 367, and section 28 of the Workmen's Accident Com-
pensation Act as amended by Act No. 61 of 1919. It seems,
however, that said section 28 is not applicable. It refers to
employers of workmen under the terms of the Act and pre-
scribes that they shall be bound to contribute to the Work-
men's Relief Trust Fund. It also provides that on petition
of the aggrieved party the district court of competent juris-
diction may review by certiorari any decision of the Com-
mission. But in this section of the law no mention is made
of the workman in his relations to the Commission and the
reason is that section 9 prescribes the remedies available to
the workman or his descendants in case of a claim against
the decisions of the Commission.

This is a claim of the heirs of a deceased workman for
an accident suffered by him in the course of his employment.
This being so, the law applicable is section 9, which does
not allow the Workmen's Relief Commission an appeal from
the decision of the district court. It is true that the peti-
tioners did not follow strictly the procedure determined by
section 9, but this was a question for the defendant who
should have seen that the proceedings were conducted ac-
cording to law.

For the foregoing reasons the motion must be denied.

*Motion overruled.*

Chief Justice Del Toro and Justices Wolf, Aldrey and
Hutchison concurred.